The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSURANCE PROFIT SYSTEMS, INC., | No. 2:10-cv-104 MJP |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| AGENCY AUTOPILOT, LLC, | |
| Defendant. | |

## **STIPULATION**

Insurance Profit Systems, Inc. and Agency Autopilot, LLC stipulate that this action be dismissed with prejudice, with each party to bear its own costs.

//

//

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE  (2:10-cv-104 MJP) — 1

1    DATED this 3rd day of May, 2010.

2   Davis Wright Tremaine LLP                          Betts Patterson & Mines, P.S.
    Attorneys for Plaintiff Insurance Profit Systems,  Attorneys for Defendant Agency Autopilot, LLC
3   Inc.

4

5   By s/Benjamin J. Byer                              By s/James D. Nelson
        Stuart R. Dunwoody, WSBA #13948                    James D. Nelson, WSBA #11134
6       Benjamin J. Byer, WSBA #38206
                                                       One Convention Place, Suite 1400
7   1201 Third Avenue, Suite 2200                      701 Pike Street
    Seattle, WA 98101-3045                             Seattle, WA 98101-3927
8   Tel:  (206) 622-3150                               Tel:  (206) 292-9988
    Fax:  (206) 757-7700                               Fax:  (206) 343-7053
9   Email:  stuartdunwoody@dwt.com                     Email:  jnelson@bpmlaw.com
    Email:  benbyer@dwt.com
10                                                     Per email authorization

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE  (2:10-cv-104 MJP) — 2

**ORDER**

Upon the foregoing stipulation, it is hereby ORDERED that this action is dismissed with prejudice and without costs to any party.

DATED this _10th__ day of May 2010.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Plaintiff Insurance Profit Systems, Inc.


By s/Benjamin J. Byer
    Stuart R. Dunwoody, WSBA #13948
    Benjamin J. Byer, WSBA #38206

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel:  (206) 622-3150
Fax:  (206) 757-7700
Email:  stuartdunwoody@dwt.com
Email:  benbyer@dwt.com

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE  (2:10-cv-104 MJP) — 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2010, I caused to be filed electronically with the court using the CM/ECF systems, which will send notification of such filing, and I served a true and correct copy of the following document by the method indicated below and addressed as follows:

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| James D. Nelson<br>Betts Patterson & Mines, P.S.<br>One Convention Place, Suite 1400<br>701 Pike Street<br>Seattle, WA 98101-3927<br>Tel:  (206) 292-9988<br>Fax:  (206) 343-7053<br>Email:  jnelson@bpmlaw.com | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>\_\_\_x\_\_ CM/ECF Notification<br>\_\_\_x\_\_ Email |

DATED this 3rd day of April, 2010.

s/Benjamin J. Byer_____
Benjamin J. Byer